S. AMANDA MARSHALL, OSB# 95347
United States Attorney
District of Oregon
**ANNEMARIE SGARLATA, OSB# 065061**
Assistant United States Attorney
Email: annemarie.sgarlata@usdoj.gov
**AMY E. POTTER**
Email: Amy.Potter@usdoj.gov
Assistant United States Attorneys
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1156
Attorneys for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:12-CV-01624-MC |
| **Plaintiff,** | |
| v. | FINAL JUDGEMENT AND CERTIFICATE OF REASONABLE CAUSE |
| $6,600.00 IN UNITED STATES CURRENCY, *in rem*, | |
| **Defendant.** | |
| SEAN BEEMAN, | |
| **Claimant.** | |

Based upon the Settlement Agreement filed on March 16, 2015 ECF No. 67, on this Court's Order of Default entered February 27, 2013 ECF No. 17, and upon the records and files in this action,

IT IS ORDERED AND ADJUDGED that this Court has subject matter jurisdiction and, pursuant to the Settlement Agreement, the United States shall return defendant $6,600.00 in U.S. Currency, *in rem* to claimant Sean Beeman, along with $15,000.00 in U.S. currency to Sean Beeman's attorney, Brian Michaels, constituting both attorney's fees and costs.

IT IS FURTHER ORDERED that this action is dismissed with prejudice

Pursuant to 28 U.S.C. § 2465, this Court CERTIFIES that there was reasonable cause for the arrest of the defendant, *in rem*, $6,600.00 in U.S. Currency and that no federal, state, county, or city official or agency involved in such arrest be liable to suit or judgment on account of such arrest of defendant real property.

IT IS SO ORDERED this 17 day of March 2015.

                                    **HONORABLE MICHAEL J. McSHANE**
                                    United States District Judge

Respectfully submitted,

s/ *Amy E. Potter*
AMY E. POTTER
s/ *AnneMarie Sgarlata*
ANNEMARIE SGARLATA
Assistant United States Attorneys